# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00348-CR
## NO. 03-25-00349-CR

**Javonte Davis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### NOS. D-1-DC-23-302250 & D-1-DC-23-302260, THE HONORABLE KAREN SAGE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's briefs were due on August 7, 2025. On August 14, 2025, this Court sent a notice to counsel advising him that that his briefs were overdue and that if we did not receive briefs or motions for extension of time on or before August 25, 2025, these cases might be referred to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the briefs have not been tendered for filing and are overdue, and counsel has not filed motions for extension of time.

The appeals are abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute these appeals and, if so, whether counsel has abandoned these appeals. *See* Tex. R. App. P. 38.8(b)(2), (3). The court

shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in these appeals. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than October 17, 2025. *See id.* R. 38.8(b)(3).

It is so ordered on September 30, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated and Remanded

Filed:   September 30, 2025

Do Not Publish